UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
MMMT HOLDINGS CORPORATION,             )
                                       )   Case No. C12-1570RSL
              Plaintiff,               )
      v.                               )
                                       )   ORDER STAYING DISCOVERY
NSGI HOLDINGS, INC.,                   )
                                       )
              Defendant.               )
_____)

This matter comes before the Court on "Defendant NSGI Holdings, Inc.'s Motion for Protective Order Staying Discovery Pending Defendants' Motion to Dismiss." Dkt. # 39. Having reviewed the memoranda, declaration, and exhibits submitted by the parties as well as the underlying motion to dismiss, the Court finds that a stay of discovery is appropriate. Defendant's motion to dismiss has been fully briefed, raises serious questions regarding the adequacy of plaintiff's pleading, and will be decided in the upcoming weeks. Given the likelihood that the issues in this case will be resolved or narrowed through the pending motion, the Court would prefer to establish the scope of this litigation before the parties expend significant resources on discovery which may or may not prove helpful.

For all of the foregoing reasons, defendant's motion to stay discovery (Dkt. # 39) is GRANTED. The stay will lift automatically upon resolution of the Rule 12(b)(6) motion.

ORDER STAYING DISCOVERY

1  Defendant shall have thirty days from the date of the order in which to respond to the
2  outstanding discovery requests and may, if appropriate, object on relevance grounds.  Discovery
3  served on third-parties shall be edited as necessary to reflect the Court's order and reserved.
4
5
   Dated this 18th day of January, 2013.
6
7         */s/ Robert S. Lasnik*
8         Robert S. Lasnik
       United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER STAYING DISCOVERY      -2-