1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                          )
MMMT HOLDINGS CORPORATION,        )
                                                          )        Case No. C12-1570RSL
                              Plaintiff,             )
            v.                                          )
                                                          )        ORDER DENYING MOTION FOR
NSGI HOLDINGS, INC.,                        )        PROTECTIVE ORDER
                                                          )
                              Defendant.         )
_____)

        This matter comes before the Court on "Defendant NSGI Holdings, Inc.'s Motion
for Protective Order."  Dkt. # 52.  At the time the motion was filed, the only pending claim was
based on an implied covenant, the existence of which was challenged by defendant.  Defendant
sought to bifurcate the action so that the existence of the implied covenant could be tested before
the parties turned to issues related to breach and damages.  Plaintiff has now filed a Second
Amended Complaint which contains a number of breach of contract claims.  Because breach and
damages will have to be addressed regardless of whether plaintiff is able to prove the existence
of an implied covenant, the Court finds that bifurcation is not warranted.

ORDER DENYING MOTION
FOR PROTECTIVE ORDER

1     For all of the foregoing reasons, defendant's motion to for protective order (Dkt.

2    # 52) is DENIED.

3     Dated this 27th day of September, 2013.

4

5     *M̶S̶ ̶C̶a̶s̶n̶i̶k̶*

6     Robert S. Lasnik
      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MOTION
FOR PROTECTIVE ORDER                    -2-